# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CR-055-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| JEREMY MATTHEW MAGNUS, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "United States Of America's Motion To Seal Sentencing Memorandum" (Document No. 93) filed September 30, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the government's Sentencing Memorandum contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "United States Of America's Motion To Seal Sentencing Memorandum" (Document No. 93) is **GRANTED**, and the Sentencing Memorandum shall be sealed until further Order of this Court.

Signed: October 1, 2020

David C. Keesler
United States Magistrate Judge