IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CR-055-KDB-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| JEREMY MATTHEW MAGNUS, | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To File Under Seal" (Document No. 97) filed October 8, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Sentencing Memorandum and Motion for Downward Variance and/or Departure contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To File Under Seal" (Document No. 97) is **GRANTED**, and Defendant's Sentencing Memorandum and Motion for Downward Variance and/or Departure (Document No. 96) is sealed until further Order of this Court.

Signed: October 19, 2020

David C. Keesler
United States Magistrate Judge